UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIM. NO. 16-CR-452 |
| | § | |
| BABAR JAVED BUTT | § | |

## UNOPPOSED MOTION TO CONTINUE SETTINGS

**TO THE HONORABLE KEITH P. ELLISON, UNITED STATES DISTRICT JUDGE:**

BABAR JAVED BUTT, Defendant, by and through her attorney of record, Mervyn M. Mosbacker Jr., respectfully requests that the Court continue the settings in Defendant's case. In support of this request, Defendant submits the following:

The indictment against Defendant Butt was filed on October 5, 2016. The Defendant was arraigned on October 13, 2016, at which time counsel for the Defendant received some discovery materials from the Government. Assistant U.S. Attorney Heather Winter has indicated that there are more discovery materials that will be provided to counsel. Those additional discovery materials have not yet been disclosed.

The discovery materials are fairly extensive, and counsel has not yet been able to fully review the materials produced so far, and has not been able

1

to review those materials with the Defendant. Counsel has yet to receive the remaining discovery materials.

Counsel has consulted with Assistant U.S. Attorney Heather Winter concerning this motion, and she indicated that she is not opposed to the request for a continuance.

The Defense requests a continuance of at least sixty days in order to fully evaluate the evidence in this case.

Respectfully submitted,

/s/ Mervyn M. Mosbacker Jr.
Mervyn M. Mosbacker, Jr.
State Bar No. 14564800
2777 Allen Parkway, Suite 1000
Houston, Texas 77019
Telephone: (713) 526-2246
Facsimile: (866) 313-8678

## CERTIFICATE OF CONFERENCE

I hereby certify that I consulted with Assistant U.S. Attorney Heather Winter concerning this motion, and she indicated that she is not opposed to the granting of the continuance requested.

/s/Mervyn M. Mosbacker Jr.
Mervyn M. Mosbacker Jr.

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2016, I filed this motion using the district CM/ECF system, which will electronically deliver a copy of this motion to:

Heather Winter
Assistant U.S. Attorney
1000 Louisiana, Suite 2300
Houston, Texas

/s/Mervyn M. Mosbacker Jr.
Mervyn M. Mosbacker Jr.